IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

**FILED**

DEC 2 1 2017

Clerk, U.S. District Court
District Of Montana
Helena

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERNEST JABLONSKY, *dba*
MONTANA BIG GAME
PURSUITS, and
JEFFREY PERLEWITZ,

Defendant.

Case No. CR-17-17-H-CCL

ORDER GRANTING
UNOPPOSED MOTION
TO JOIN

Based on Defendant Perlewitz's unopposed Motion to Join, (ECF No. 54), and for good cause shown,

IT IS HEREBY ORDERED that the Defendant Jeffrey Perlewitz shall be allowed to join in Defendant Jablonksky's: (1) Motion to Dismiss Counts I and II of the Indictment and Brief in Support (Documents 20 and 21); (2) Motion in Limine 2 (Statements of Co-Defendant after the alleged conspiracy) (Documents 48 and 49); (3) Motion in Limine 3 (Information obtained by an application for a warrant or subpoena) (Documents 50 and 51); and (4) Motion in Limine 4 (Lion Harvest Report Form) (Documents 52 and 53).

DATED this 21st day of December, 2017.

CHARLES C. LOVELL
Senior United States District Judge