IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-17-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | |
| ERNEST JABLONSKY, *dba* MONTANA BIG GAME PURSUITS, and JEFFREY PERLEWITZ, | ORDER |
| Defendants. | |

**FILED**

DEC 27 2017

Clerk, U.S. District Court
District Of Montana
Helena

Upon unopposed motion of the United States and for good cause shown, IT IS ORDERED that the United States' Responses to Defendant Perlewitz's Motion/Brief to Dismiss Count III (Docs. 55, 56), Motion/Brief to Exclude Other Acts Evidence (Docs. 57, 58), and Motion/Brief to Preclude Any Reference to or Argument Regarding Perlewitz's Invocation of 5th Amendment (Docs. 59, 60), are now due on or before January 9, 2018.

DATED this 27th day of December, 2017.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE