IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERNEST JABLONSKI, dba MONTANA BIG GAMES PURSUIT, and JEFFREY PERLEWITZ, <br><br> Defendants. | CR-17-17-H-CCL <br><br> ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT |

In accordance with the Findings and Recommendations (Doc. 127) of United States Magistrate Judge John Johnston, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), Defendant, Jeffrey Perlewitz's plea of guilty to the offense charged by the Superseding Information is hereby accepted. Defendant Perlewitz is adjudged guilty of the offense of Interest Transport and Possession of Illegally Killed Mountain Lion. All parties shall appear before this Court for sentencing on June 7, 2018, at 10:00 a.m., Courtroom II, United States Courthouse, Helena, Montana.

/ / /

The Clerk is directed forthwith to notify parties of entry of this order.

Done and dated this 2nd day of April, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE